IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:08cr84-MHT |
| | ) | (WO) |
| MICHAEL EDWARD WHITTEN | ) | |

**ORDER**

Based on the representations made on the record on December 21, 2015, it is ORDERED that defendant Michael Edward Whitten shall comply with the following additional condition of supervision:

Defendant Michael Edward Whitten shall refrain from the use and/or possession of any alcoholic beverages.  He shall be subject to remote-alcohol monitoring by the probation office.  This remote-alcohol monitoring shall remain in effect for the entire time of his supervision.  The probation office is authorized to use all available technology to monitor defendant Whitten's compliance with the alcohol-restriction condition and may change monitoring methods at its discretion.  Defendant Whitten

shall wear and/or carry an alcohol monitoring device and follow the monitoring procedures specified by the probation officer and outlined in the alcohol-monitoring participation agreement. He shall contribute to the cost of any monitoring in accordance with his ability to pay and the availability of third-party payments.

DONE, this the 21st day of December, 2015.

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**