IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:08cr84-MHT |
| | ) | (WO) |
| **MICHAEL EDWARD WHITTEN** | ) | |

**ORDER**

Based on the representations made on the record on December 21, 2015, it is ORDERED that the modification petition (doc. no. 41) is set for another evidentiary hearing on June 10, 2016, at 10:00 am in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 21st day of December, 2015.

                    /s/ Myron H. Thompson
              **UNITED STATES DISTRICT JUDGE**